**Edward TOSSEY, Respondent,**

v.

**CITY OF ST. PAUL, Self-Insured, Relator.**

**No. C9–00–20.**

Supreme Court of Minnesota.

March 17, 2000.

Jardine, Logan & O'Brien, P.L.L.P., Timothy S. Crom, Thomas L. Cummings, St. Paul, for appellant.

Kohn J. Horvei, New Brighton, for respondent.

· AMENDED ORDER

Based upon all the files, records and proceedings herein, and after the filing of relator's reply brief,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 6, 1999, be, and the same is, affirmed without opin-

---

ion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

Russell A. Anderson
Russell A. Anderson
Associate Justice